UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as receiver for Orion
Bank of Naples, Florida

    Plaintiff,

v.                                              Case No:  2:13-cv-58-Ftm-99SPC

JAMES AULTMAN, EARL HOLLAND,
ALAN PRATT and BRIAN SCHMITT,

    Defendants.
_____/

### ORDER

This matter comes before the Court on Joint Motion to Seal Certain Exhibits to Motion to Dismiss (Doc. #19) filed on April 11, 2013.  Defendants request that Exhibits six and nine to their Motion to Dismiss (Doc. #15) be placed under seal.  As grounds, the Parties state that the Minutes contain information about Orion Bank's confidential decision-making process as well as information regarding the Bank's borrowers, and the RoE contains the Federal Reserve Bank's confidential evaluation of Orion Bank.  The Parties are in agreement that these documents should be designated as confidential.

Based upon the confidential nature of the content of these documents, as well as the fact that the Parties are in agreement, the Court finds good cause to seal the exhibits.

Accordingly, it is now

**ORDERED:**

(1) Joint Motion to Seal Certain Exhibits to Motion to Dismiss (Doc. #19) is

    **GRANTED**.  The Clerk of Court is directed to print copies of Exhibits 6 and 9 to

Doc. #15; to remove the images of Exhibits 6 and 9 to Doc. #15 in the CM/ECF system; and to file Exhibits 6 and 9 to Doc. #15 under seal.

(2) The documents will be maintained under seal until the conclusion of this case. On or before that date, counsel may request that the documents be returned or destroyed.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of April, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record

2