UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as receiver for Orion
Bank of Naples, Florida,

      Plaintiff,

v.                                       Case No:   2:13-cv-58-FtM-38CM

JAMES AULTMAN, EARL
HOLLAND, ALAN PRATT, and
BRIAN SCHMITT,

      Defendants.
_____/

**<u>ORDER</u>**[1]

      This matter comes before the Court on Plaintiff Federal Deposit Insurance Corporation as Receiver for Orion Bank of Naples, Florida and Defendants James Aultman, Earl Holland, and Brian Schmitt's Joint Statement Advising the Court as to the Status of Mediation (Doc. #80) filed on August 26, 2014.  On August 19, 2014, the Court issued an Order to Show Cause that directed the parties to advise on the status of mediation in this case.  (Doc. #79).  In response to the Court's Order, the parties indicate that they successfully engaged in mediation on June 18, 2014, and have agreed on a settlement amount.  (Doc. #80 at ¶ 1).  Plaintiff is internally considering the terms of the

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

settlement payment, and the settlement remains subject to the parties' agreement on the final language in the settlement agreement. (Doc. #80 at ¶¶ 1-2).

Accordingly, it is now

**ORDERED:**

(1) Due to the parties Joint Statement Advising the Court as to the Status of Mediation (Doc. #80), no further action is needed with regard to the Order to Show Cause (Doc. #79).

(2) The parties shall file a joint status report, in writing, with the Court every thirty (30) days that informs the Court of the progress of settlement in this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record